RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6 9 06
BY DM

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| GARY ANTHONY BAILEY, JR. | CIVIL ACTION NO. 05-2174-P |
| VERSUS | JUDGE STAGG |
| DEBRA G. SINCLAIR, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of June 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE